**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KICKEL, PETERS S.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-47448 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa St, Room 201
    Joliet, Illinois 60432

    on: **November 30, 2007**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts $ 412,111.53

    b. Disbursements $ 375,315.42

    c. Net Cash Available for Distribution $ 36,796.11

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $18,000.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $149.51 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $1,259.40 |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | $12.35 |
| AMERICAN AUCTION ASSOCIATES, INC. (Auctioneer Expenses) | 0.00 | $195.56 |
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Expenses) | 0.00 | $185.00 |
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $15,000.00 |
| CLERK OF THE U.S. BANKRUPTCY COURT (U.S. Bankruptcy Court) | | $550.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $44,669.91 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 3.23%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 003 | CHICAGO DIST. COUNCIL OF CARPENTERS PENSION | $ 44,669.91 | $ 1,444.29 |

7.  Claims of general unsecured creditors totaling $567,165.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | PETER BORZAK & HEATHER BORZAK | $ 12,500.00 | $ 0.00 |

| | | | |
|---|---|---|---|
| 003 | CHICAGO DIST. COUNCIL OF CARPENTERS PENSION | $ 158,814.99 | $ 0.00 |
| 004 | AETNA PLYWOOD | $ 28,422.37 | $ 0.00 |
| 005 | ANTHONY MARANO COMPANY | $ 367,428.00 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, pension, Old Second Bank account, insurance policies, household goods, wearing apparel, 2001 Ford Excursion, 2003 Minivan.

Dated: October 24, 2007

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: THOMAS B. SULLIVAN, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2            Date Rcvd: Oct 24, 2007
Case: 04-47448                 Form ID: pdf002              Total Served: 38


The following entities were served by first class mail on Oct 26, 2007.
db          +Peter S Kickel,    412 York St.,,    Bolingbrook, IL 60440-1464
aty         +Daniel J Kramer,    1107a S Bridge St,    Yorkville, IL 60560-1774
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
              Aurora, IL 60505-3338
tr          +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
9666637     +Aetna Plywood,    c/o Jason D. Altman,    Kluever & Platt, LLC,    65 E. Wacker Pl., Suite 1700,
              Chicago, IL 60601-7248
9843410     +Anthony Marano Company,    c/o Ordower & Ordower PC,    One N Lasalle St Suite 1300,
              Chicago, IL 60602-3992
9285873     +Bank of America,    POB 53132,    Phoenix, AZ 85072-3132
9285887     +Benchmark,    2501 North Chase Parkway,    Wilmington, NC 28405-7459
9285879     +Caine and Weiner,    POB 8500,    Van Nuys, CA 91409-8500
9285893     +Carpenters Pension and Retirement Savings Fund,    POB 791,    Geneva, IL 60134-0791
9639984     +Chicago Dist. Council of Carpenters Pension Fund,    c/o Bruce C. Scalambrino,
              Scalambrino & Arnoff,    33 North LaSalle Street,    Suite 1210,    Chicago, IL 60602-3416
9285874     +Citi Bank,    POB 6414,    The Lakes, NV 88901-6414
9285890      ComED Billing Center,    POB60668-0001,    Chicago, IL 60668-0001
9285884     +Crown Recycling,    POB 309,    Elk Grove Village, IL 60009-0309
9285875     +Edward Hospital,    Attn: OSI Collections,    POB 959,    Brookfield, WI 53008-0959
9285870     +HRM Properties Inc,    300 N Lake Street,    Montgomery, IL 60538-1288
9285878     +Hinshaw and Culberstson,    Suite 300,    222 N Lasalle St,    Chicago, IL 60601-1081
9308368     +IL Dept of Employment Security,    321 Quaradrangle Dr,    Bolingbrook, IL 60440-3400
9285896    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9285894     +Illinois Department of Employment Security,    527 South Wells St,    Chicago, IL 60607-3928
9285885     +JC Licut Co,    Suite 200,    320 W Fullerton Ave,    Carol Stream, IL 60188-1866
9285886     +Jabcle Distributions,    POB 684021,    Milwaukee, WI 53268-4021
9285892      LaSalle Bank,    Rt 59/95th St,    Naperville, IL
9285880     +Levy Diamond Beuo and Associates,    POB 352,    Milford, CT 06460-0352
9285871     +MB Financial Bank,    801 W Madison St,    Chicago, IL 60607-2607
9285881     +McLeod USA,    POB 3243,    Milwaukee, WI 53201-3243
9285876     +Naperville Radiologists,    POB 70,    Hinsdale, IL 60522-0070
9285889      Nicor,    POB549,    Aurora, IL 60507
9464670     +Peter Borzak and Heather Borzak,    c/o Velisha Haddox, Jeffrey L Gansberg,
              Wildman, Harrold, Allen & Dixon LLP,    225 West Wacker Drive Suite 3000,
              Chicago, IL 60606-3007
9285877     +Qubst Diagnostics,    POB 64804,    Baltimore, MD 21264-4804
9285882      Seko Worldwide,    Suite #600,    Itaska, IL 60143
9285895     +State of Illinois Department of Revenue,    Willard Ice Building,    101 W Jefferson St,
              Springfield, IL 62702-5145
9285883     +Walzcraft Industries,    POB 3219,    LaCrosse, WI 54602-3219
9285872     +Washington Mutual Acct,    POB 3139,    Milwaukee, WI 53201-3139
11621626    +e. Kinast Distributors, Inc.,    % Kenneth J. Donkel, Attorney at La,
              7220 W. 194th Street, Suite 105,    Tinley Park, IL 60487-9228

The following entities were served by electronic transmission on Oct 25, 2007.
9285873     +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 25 2007 04:30:58     Bank of America,
              POB 53132,    Phoenix, AZ 85072-3132
9285891     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                             ComED,
              System Credit Bankruptcy,    2100 Swift Drive,    Oak Brook, IL 60523-1559
9285888     +E-mail/Text: bankrup@nicor.com                             Nicor,    POB 310,   Aurora, IL 60507-0310
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9285897*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 24, 2007
Case: 04-47448                Form ID: pdf002          Total Served: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                              **Signature:**     *Joseph Speetjens*