IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| KICKEL, PETERS S. | |
| | CASE NO. 04B-47448 BWB |
| | |
| | HONORABLE BRUCE W. BLACK |
| Debtor(s) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE  BRUCE W. BLACK,
      BANKRUPTCY JUDGE


Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed.  Evidence of cancelled checks since the filing of the Trustee's Final Report is set for on the Form II   Report attached hereto as  Exhibit "B".  Form II also reflect a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


4/9/08                                           /s/Thomas B. Sullivan
DATE                                             THOMAS B. SULLIVAN, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| KICKEL, PETERS S. | |
| | CASE NO. 04B-47448 BWB |
| | |
| | HONORABLE BRUCE W. BLACK |
| Debtor(s) | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____          _____
DATE                            UNITED STATES BANKRUPTCY JUDGE